# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THOMAS J. BEAL, *on behalf of himself and all others similarly situated,*

    *Plaintiff,*

v.

CREDIT PLUS, LLC, *individually and as successor in interest to* CREDIT PLUS, INC., and XACTUS, LLC,

    *Defendants.*

No. 5:24-cv-00958-EJD

**[PROPOSED] ORDER:**

Pursuant to the Parties' stipulation and because the Court finds that this matter could have been brought in the United States District Court for the Eastern District of Pennsylvania, IT IS HEREBY ORDERED:

This matter is hereby transferred to the United States District Court for the Eastern District of Pennsylvania.

Dated:  April 5, 2024

                                         Hon. Edward J. Davila
                                         United States District Court Judge